JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NAVEJAR, | Case No. 2:22-cv-06297 AB(MAAx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| AETNA RESOURCES, LLC, a Delaware limited liability company; CVS HEALTH SOLUTIONS LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 6, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.